**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JOHN W. VAN TUBERGEN, JR.**,<br><br>Appellant,<br><br>v.<br><br>**BLOCKFI, INC.**,<br><br>Appellee. | Civil Action No. 25-17756 (ZNQ)<br><br>**ORDER** |

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon an appeal filed by Appellant-Claimant John W. Van Tubergen Jr. ("Appellant" or "Van Tubergen") of the Bankruptcy Court's Order Granting Wind-Down Debtors' Motion for Entry of an Order Adjudicating the Merits of Van Tubergen's Claim No. 7233 Related to Purportedly Missing ETH and Fixing the Value of that Claim at $0 (the "Appeal," ECF No. 1.) For the reasons set forth in the accompanying Opinion,

**IT IS** on this **30th** day of **September 2026**,

**ORDERED** that the Bankruptcy Court's Orders are hereby **AFFIRMED**; and it is further

**ORDERED** that the Clerk is instructed to mark this matter **CLOSED**.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**